```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------
CORALI ANTIGUA,

               Plaintiff,

                                25-cv-2197 (JGK)

     - against -

                                ORDER

DEPARTMENT OF VETERANS AFFAIRS,

               Defendant.
-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    On June 17, 2025, the plaintiff filed an affidavit of service reflecting that, on May 7, 2025, the summons was served on a "Jeana Hinton" who is purportedly designated to accept service of process on behalf of the Department of Veterans Affairs. ECF No. 9. However, to serve a United States agency, "a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency." Fed. R. Civ. P. 4(i)(2). To serve the United States, the plaintiff must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought, . . . or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i)(1). It appears that the plaintiff in this case has not delivered a copy of the summons and complaint to the United States attorney for this District, as required under Rule 4(i)(1), nor has the plaintiff mailed a copy of the summons and complaint to the Department of Veterans Affairs, as required under Rule 4(i)(2).

The time for the plaintiff to serve the summons and complaint is extended to **July 18, 2025**. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for July 30, 2025, is **canceled**.

The Clerk is requested to send a copy of this Order to the Civil Division of the United States Attorney's Office for the Southern District of New York.

**SO ORDERED.**

Dated:   New York, New York
         June 19, 2025

_____
John G. Koeltl
United States District Judge