UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CORALI ANTIGUA,
                Plaintiff(s)

25 civ 2197 (JGK)

    -against-

DEPARTMENT OF VETERANS AFFAIRS,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The parties shall appear for a conference on **Tuesday, September 16, 2025, at 3:00pm.**

Dial-in: (646) 453-4442, with Conference ID 675 278 33#.

**The plaintiff is directed to serve a copy of this order on the Department of Veteran's Affairs immediately upon receipt, and shall file proof of service thereafter.**

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 5, 2025