```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CORALI ANTIGUA,                                    25-cv-2197 (JGK)

             Plaintiff,                       ORDER

   - against -

DEPARTMENT OF VETERANS AFFAIRS,

             Defendant.

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was July 31, 2025. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **October 7, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiffs should serve a copy of this Order on the defendant and file proof of service on the docket by **September 26, 2025.**

**SO ORDERED.**

Dated:   New York, New York
         September 22, 2025

                                                 _____
                                                    John G. Koeltl
                                           **United States District Judge**