UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORALI ANTIGUA,                                    25-cv-2197 (JGK)

                        Plaintiff,                 ORDER

            - against -

DEPARTMENT OF VETERANS AFFAIRS,

                        Defendant.

JOHN G. KOELTL, District Judge:

On September 22, 2025, the Court extended the time for the
defendant to answer or respond to the complaint until October 7,
2025. The Court ordered the plaintiff to serve a copy of that
order on the defendant and to file proof of service on the docket
by September 26, 2025. To date, no proof of service has been
filed. The time for the plaintiff to file proof of service on the
docket is extended to **October 22, 2025,** and the time for the
defendant to answer or respond to the complaint is extended to
**November 5, 2025.** If the plaintiff fails to file proof of service
by October 8, 2025, the case may be dismissed without prejudice
for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          October 1, 2025

                                        John G. Koeltl
                                  United States District Judge