# UMOH LAW FIRM, PLLC
90 BROAD STREET, 10TH FLOOR
NEW YORK, NEW YORK 10004

(718) 360-0527  Fax: (212) 210-4489

February 17, 2026

Via ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application Granted.
The conference is adjourned to March 10, 2026
at 11:30 a.m.
So Ordered.
/s/ John G. Koeltl
United States District Judge
February 17, 2026

Re:   Antigua v. Dep't of Veterans Affairs,
       25-CV-2197 (JGK)

Honorable Judge Koeltl:

I represent Corali Antigua, the plaintiff in the above-referenced matter, and write requesting an adjournment of the premotion conference scheduled for February 18, 2026.

. I am presently out of the country and unable to appear for the conference.  The defendant consents to an adjournment.  This is plaintiff's first request.  The parties respectfully request a one-week adjournment or to a date convenient for the Court.

I thank the Court for its attention to, and consideration of, this matter.

Respectfully submitted,

/s/

Uwem Umoh

cc: counsel for defendant (via ECF)