UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORALI ANTIGUA,

                    Plaintiff,

          - against -

DEPARTMENT OF VETERANS AFFAIRS,

                    Defendant.

---

25-cv-2197 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court attempted to hold a conference in connection with the defendant's anticipated motion to dismiss but was unsuccessful because the plaintiff failed to attend. The defendant therefore may move to dismiss the complaint by **March 31, 2026.** The plaintiff may respond to the motion by **April 21, 2026.** The defendant may reply by **May 1, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 10, 2026

                                        John G. Koeltl
                                        United States District Judge