UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORALI ANTIGUA,

                    Plaintiff,

          - against -

DEPARTMENT OF VETERANS
AFFAIRS,

                    Defendant.

25-cv-2197 (JGK)

<u>Order</u>

---

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the plaintiff's proposed motion to amend on **Monday, June 1, 2026, at 4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:    New York, New York
          May 27, 2026

                                        John G. Koeltl
                                  United States District Judge