UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORALI ANTIGUA,

                  Plaintiff,

       - against -

DEPARTMENT OF VETERANS
AFFAIRS,

                 Defendant.

25-cv-2197 (JGK)

<u>Order</u>

---

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held today, the plaintiff may file an amended complaint by **June 5, 2026**. If the plaintiff files an amended complaint, the defendant may move to dismiss the amended complaint, or answer it, by **June 26, 2026**. The plaintiff may respond to any motion by **July 17, 2026**. The defendant may reply by **July 31, 2026**. If the defendant answers the amended complaint, the parties shall submit a Rule 26(f) report by **July 13, 2026**. The parties are further instructed to inform the Court by **June 12, 2026,** whether they think a referral to the Magistrate Judge or the mediation panel for purposes of settlement would be useful. The defendant's pending motion to dismiss, ECF No. 26, is **denied without prejudice** as moot.

The Clerk is respectfully instructed to close ECF Nos. 26, 31.

**SO ORDERED.**

Dated:    New York, New York
          June 1, 2026

_____
John G. Koeltl
**United States District Judge**