**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CORALI ANTIGUA**

**Plaintiff,**

**- against -**

**DEPARTMENT OF VETERANS AFFAIRS,**

**Defendant.**

**25-cv-2197 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On June 1, 2026, the Court set a briefing schedule for the defendant's motion to dismiss. ECF No. 35. That schedule provided that the defendant could move to dismiss by June 26, 2026, in which case the plaintiff was required to respond by July 17, 2026, and the defendant could reply by July 31, 2026. Id. The defendant moved to dismiss on June 26, 2026, ECF No. 44, but, to date, the plaintiff has failed to respond.

The time for the plaintiff to respond to the defendant's motion is extended until **July 24, 2026**. The time for the defendant to reply is extended until **August 7, 2026**. If the plaintiff fails to respond by July 24, 2026, the Court will decide the motion on the current papers.

**SO ORDERED.**

**Dated:** **New York, New York**
**July ~~20~~ 21, 2026**

John G. Koeltl

**John G. Koeltl**
**United States District Judge**